UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 14-20599-CR- MOORE

UNITED STATES OF AMERICA,

vs.

OSVALDO DIAZ,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

    This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant, Osvaldo Diaz (ECF No. 49). Upon referral from Chief District Court Judge K. Michael Moore, the matter was set for status hearing, which was conducted on February 5, 2021 (ECF No. 56). The hearing was attended by counsel for the government, counsel for Defendant Diaz, the supervising U.S. Probation Officer, and Mr. Diaz.

    The Petition alleges three violations by Mr. Diaz of the conditions of his supervised release. The first alleges a failure to refrain from violation of law, and relates to a crime allegedly committed on November 3, 2020, and resulting in charges filed in Miami-Dade County. At the hearing on February 5, 2021, counsel for Mr. Diaz explained that he will admit the third alleged violation. Mr. Diaz acknowledged to the Court his admission of the third violation.

    U.S. Probation Officer Ralph Hughes represented that it was his intention to seek dismissal of the first two violations alleged in the Petition because he has concluded, in consultation with the Assistant United States Attorney, that the government is not likely to be able to prove those violations. Counsel for the government confirmed this conclusion.

1

According, and upon Defendant Diaz's admission to the Court, it is the recommendation of the undersigned the undersigned that the Court accept Defendant's admission of guilt and find him guilty of Violation No. 3 as charged. It is the further recommendation of the undersigned, on the representation of the government that it has concluded that it cannot prove the remaining alleged violation, that the Court DISMISS the Violations charged as No. 1 and No. 2 of the Petition (ECF No. 43).

The parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 8th day of February, 2021.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record

---

[1] The period for objections is shortened as all parties have agreed to the relief recommended herein.